**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 14, 2014**                                             Time:  7 minutes

**C-13-05216** CRB

 **ROBERT RAHIMI  v.  TESLA MOTORS INC**

Attorneys:     Joseph Bartan                                       Charles Elder by telephone

Deputy Clerk: **BARBARA ESPINOZA**            Reporter:  **Debra Pas**

**PROCEEDINGS:**                                                           **RULING:**

1.  Motion to Appoint Lead Plaintiff and Lead Counsel              Granted

2.  

3.  

**ORDERED AFTER HEARING:**

 Amended complaint filed within sixty (60) days 4/15/2014 and counsel is to comply with private security act as stated in open court.

(  ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court ____
(  ) Referred to Magistrate Judge for: 

(  ) CASE CONTINUED TO ____                      for ____

Discovery Cut-Off ____                        Expert Discovery Cut-Off ____
Plntf to Name Experts by ____              Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____        Set for ____ days
                          Type of Trial:  ( )Jury    ( )Court

Notes: