# EXHIBIT 1

# Incident Report
## 2011-1112533 -000

Fremont Fire Department

| Basic | |
|---|---|
| Alarm Date and Time | 15:32:49  Monday, December 19, 2011 |
| Arrival Time | 15:41:05 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 16:45:51  Monday, December 19, 2011 |
| Response Time | 0:08:16 |
| Priority Response | Yes |
| Completed | Yes |
| Release to Public | Yes |
| Fire Department Station | S05 |
| Shift | B |
| Incident Type | 111 - Building fire |
| Initial Dispatch Code | STC |
| Aid Given or Received | N - None |
| Alarms | 1 |
| Action Taken 1 | 11 - Extinguish |
| Casualties | No |
| Apparatus - Suppression | 9 |
| Personnel - Suppression Personnel | 23 |
| Property Loss | $15,000.00 |
| Contents Loss | $30,000.00 |
| Property Value | $200,000.00 |
| Contents Value | $100,000.00 |
| Detector Alerted occupants | 1 |
| Property Use | 700 - Manufacturing, processing |
| Location Type | Address |
| Address | 45500  FREMONT BL |
| City, State Zip | FREMONT, CA 94538 |

| Fire | |
|---|---|
| Structure Type | 1 - Enclosed building |
| Area of Origin | 00 - Other |
| Heat Source | 00 - Heat source: other |
| Item First Ignited | 00 - Item, Other |
| Type of Material | UU - Undetermined |
| Cause of Ignition | 3 - Failure of equipment or heat source |
| Contribution To Ignition 1 | 12 - Heat source too close to combustibles. |

| Structure | |
|---|---|
| Status | 2 - In normal use |
| Floor of Origin | 1 |
| Stories Above Grade | 2 |
| Total Square Feet | 2000 |
| Fire Spread | 2 - Confined to room of origin |
| Item Contributing To Spread | 00 - Item, Other |
| Type of Material Contributing To | 00 - Type of material, other |
| Detector Presence | 1 |
| Detector Type | 1 - Smoke |
| Detector Power | 2 - Hardwire only |

**Incident Report**

Fremont Fire Department

2011-1112533 -000

| Structure | |
|---|---|
| Detector Operation | 2 - Detector operated |
| Detector Effectiveness | 1 - Alerted occupants, occupants responded |
| AES Presence | 1 |
| AES Type | 1 - Wet-pipe sprinkler |
| Number of Sprinklers Present | 3 |
| AES Operation | 1 - System operated and was effective |

| Apparatus - E55 | |
|---|---|
| Apparatus ID | E55 |
| Response Time | 0:06:06 |
| Apparatus Dispatch Date and Time | 15:32:49   Monday, December 19, 2011 |
| En route to scene date and time | 15:34:59   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:41:05   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 16:43:18   Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $5.00 |
| Apparatus Personnel Amount 2 | $1.50 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 02664 - SIMMS, Charles<br>Position: ENG |
| Personnel 2 | 02721 - BELTZ, William<br>Position: CAPT |
| Personnel 3 | 02741 - THOMAS, Michael<br>Position: CAPT |

| Apparatus - E54 | |
|---|---|
| Apparatus ID | E54 |
| Response Time | 0:06:38 |
| Apparatus Dispatch Date and Time | 15:32:54   Monday, December 19, 2011 |
| En route to scene date and time | 15:34:46   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:41:24   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 15:48:38   Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $4.00 |
| Apparatus Personnel Amount 2 | $5.00 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 90 - Fill-in, standby, other |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 02201 - BOTA, Ricardo<br>Position: CAPT |
| Personnel 2 | 02732 - CHUN, Korey<br>Position: FF |
| Personnel 3 | 08675 - MONTERO, Leonides<br>Position: ENG |

**Incident Report**                             Fremont Fire Department
**2011-1112533 -000**

| Apparatus - B05 | |
|---|---|
| Apparatus ID | B05 |
| Response Time | 0:08:18 |
| Apparatus Dispatch Date and Time | 15:32:57    Monday, December 19, 2011 |
| En route to scene date and time | 15:33:25    Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:41:43    Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 16:44:46    Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $7.00 |
| Number of People | 1 |
| Apparatus Use | 1 |
| Apparatus Type | 92 - Chief officer car |
| Personnel 1 | 01865 - MULVIHILL, Thomas<br>Position: BC |

| Apparatus - T57 | |
|---|---|
| Apparatus ID | T57 |
| Response Time | 0:06:09 |
| Apparatus Dispatch Date and Time | 15:32:56    Monday, December 19, 2011 |
| En route to scene date and time | 15:35:37    Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:41:46    Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 15:46:23    Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $7.00 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 73 - Provide manpower |
| Apparatus Type | 12 - Truck or aerial |
| Personnel 1 | 02665 - ALEXANDER, Jon<br>Position: ENG |
| Personnel 2 | 02964 - HENNINGER, Douglas<br>Position: CAPT |
| Personnel 3 | 12773 - AZEVEDO, Jacob<br>Position: FF |

| Apparatus - E57 | |
|---|---|
| Apparatus ID | E57 |
| Response Time | 0:09:08 |
| Apparatus Dispatch Date and Time | 15:32:51    Monday, December 19, 2011 |
| En route to scene date and time | 15:34:29    Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:43:37    Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 15:55:21    Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $7.00 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 02719 - PELLEY, Michael<br>Position: CAPT |

|  | Apparatus - E57 |
|---|---|
| Personnel 2 | 11897 - TRASK, Zackery<br>Position: ENG |
| Personnel 3 | 13375 - WALLACE, James<br>Position: FF |

|  | Apparatus - E53 |
|---|---|
| Apparatus ID | E53 |
| Response Time | 0:09:31 |
| Apparatus Dispatch Date and Time | 15:32:53   Monday, December 19, 2011 |
| En route to scene date and time | 15:34:12   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:43:43   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 16:45:51   Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $3.00 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 02740 - CHANEY, Ronald<br>Position: CAPT |
| Personnel 2 | 11893 - MORALES, John<br>Position: ENG |
| Personnel 3 | 13090 - DECK, Steven<br>Position: FF |

|  | Apparatus - B06 |
|---|---|
| Apparatus ID | B06 |
| Response Time | 0:11:05 |
| Apparatus Dispatch Date and Time | 15:32:58   Monday, December 19, 2011 |
| En route to scene date and time | 15:33:31   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 15:44:36   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 15:45:41   Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $6.00 |
| Number of People | 1 |
| Apparatus Use | 1 |
| Apparatus Type | 92 - Chief officer car |
| Personnel 1 | 02068 - DICKINSON, Richard<br>Position: BC |

|  | Apparatus - E57 |
|---|---|
| Apparatus ID | E57 |
| Apparatus Dispatch Date and Time | 16:00:59   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 16:01:08   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 16:29:57   Monday, December 19, 2011 |
| Apparatus priority response | Yes |
| Apparatus Personnel Amount 1 | $7.00 |
| Apparatus Personnel Amount 2 | $1.50 |
| Number of People | 3 |

| Apparatus - E57 | |
|---|---|
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 73 - Provide manpower |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 02719 - PELLEY, Michael |
| | Position: CAPT |
| Personnel 2 | 11897 - TRASK, Zackery |
| | Position: ENG |
| Personnel 3 | 13375 - WALLACE, James |
| | Position: FF |

| Apparatus - T57 | |
|---|---|
| Apparatus ID | T57 |
| Response Time | 0:05:30 |
| Apparatus Dispatch Date and Time | 16:06:46   Monday, December 19, 2011 |
| En route to scene date and time | 16:08:14   Monday, December 19, 2011 |
| Apparatus Arrival Date and Time | 16:13:44   Monday, December 19, 2011 |
| Apparatus Clear Date and Time | 16:45:51   Monday, December 19, 2011 |
| Apparatus Personnel Amount 1 | $7.00 |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 51 - Ventilate |
| Apparatus Type | 12 - Truck or aerial |
| Personnel 1 | 02665 - ALEXANDER, Jon |
| | Position: ENG |
| Personnel 2 | 02964 - HENNINGER, Douglas |
| | Position: CAPT |
| Personnel 3 | 12773 - AZEVEDO, Jacob |
| | Position: FF |

| Authority | |
|---|---|
| Reported By | 02740 - CHANEY, Ronald |
| | 12:16:03   Saturday, December 24, 2011 |
| Officer In Charge | 02740 - CHANEY, Ronald |
| | 12:16:08   Saturday, December 24, 2011 |
| Reviewer | - , |

| Narratives | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author | - , |
| Narrative Text | 20110086120 E Type:STC    STRUCTURE RESPONSE - COMMERCIAL    Sub Type:Disp:CLEAR |
| | COMMENTS: |
| | TESLA MOTORS **ALERT*** CC 286 * FREMONT TARGET HAZARD |
| | *****ALERT**CC 286CALELR SAYING HE SEES SMOKE FROM BLDGBLACK SMOKEFT STARTEDCALLER SAYING THIS IS DEF FROM THE PLANT AND NOT FROM AREA AROUNDCALLER SAYS SMOKE IS FROM SE SIDE OF |

| Narratives |
|---|

BLDGANOTHER RP SEES BLACK SMOKE NEAR OLD NUMMIANOTHER CALLER SAW LRG PLUME OF WHITE SMOKE THAT TURNED DRK GRAY COMING FROM THEBACK OF THE PLANTCALLING TESLA SECURITYE 57 HAS SMOKE SHOWINGPER SECURITY, THEY ARE TESTING WHICH SENDS OUT SMOKE, HE IS CHECKING TO SEE IFTHERE IS A FIRE.SECURITY ISN'T ABLE TO REACH ANYONE AT THE TESTING LOCATION AT THE BACK OF THEPLANT AT THE GENERAL STORAGE AREA.B 5 COPYED UPDATE KEEPING UNITS ENRT TIL 57 GETS ONSE 57 AT GATE 8 GATE IS LOCKED GOING TO MAIN GATESMOKE AT SE SIDE OF THEBLDG ACESSING VIS SOUTH SIDEBEST ACESS PER 55 IS FRNTRAGE RD CONTRACTOR RD VERY SOUTH SIDE OF THE BLDGE 57 ADV NORTH UNITS ACESS VIA MAIN GATEE57 ADV DONT USE MAIN GATEE53 HAS SECURITY OPEN THE GATEE55 ACESS VIA CONTRACTOR RD WITH SECURITYSTAGE UNITSON FNTAGE RD CONTRACTOR RD10 MINS ON FTTESLA ICPER IC PVT FIRE BIGRADE PUTTING WATER ON FIREPER B5 XCEL BAL KEEPING 1 ENG THISIS A TEST OF THE TESLA BATT PACKSPER B 5 CODE 4 LARGE TESLA TEST BURN TO BATT PACKSDOING A CRASH FIRE TEST ON A VEHB5 WANTST 57 BACK CODE 2AGENCY ADVISED OF AMB RIG #PER B5 AOR CLEARING TAC

Narrative Name: E55 Narrative
Narrative Type: Company
Narrative Date: 19:21:47   Monday, December 19, 2011
Author: 02741 - THOMAS, Michael
Author Rank: CAPT
Author Assignment: 1
Narrative Text: Engine 55 arrived on scene and began investigation. Tesla employees stated that they were performing a test and had everything under control. Battalion 5 arrived on scene and assumed command. Information obtained by Engine 55 was passed to Batallion 5.

Narrative Name: Truck 57 Narrative
Narrative Type: Incident
Narrative Date: 07:17:52   Tuesday, December 20, 2011
Author: 02964 - HENNINGER, Douglas
Author Rank: CAPT
Author Assignment: 1
Narrative Text: Truck 57 was dispatched and arrived on scene of a reported fire at the Tesla plant. Truck 57 was in staging when we were canceled on scene by Battalion 5. We were then called back to provide ventilation to the building that had been involved in the incident. Truck 57 set up two blowers that removed most of the remaining smoke. Truck 57 was released and AOR.

Narrative Name: New Narrative
Narrative Type: Incident
Narrative Date: 12:13:17   Saturday, December 24, 2011
Author: 02740 - CHANEY, Ronald
Author Rank: CAPT
Author Assignment: 1
Narrative Text: At 1532 hours on Monday December 19, 2011 we were dispatched to a building fire. Nine units were assigned to this incident. Twenty-three personnel responded. We arrived on scene at 1541 hours and cleared at 1645 hours. The incident occurred at 45500

**Incident Report**  Fremont Fire Department

**2011-1112533 -000**

| Narratives |
|---|

FREMONT BI, FREMONT. The local station is S05. The general description of this property is manufacturing, processing. The primary task(s) performed at the scene by responding personnel was extinguishment. No mutual/automatic aid was given or received.

The involved structure is described as an enclosed building. The building was occupied and operating. This building has two stories above ground. The fire occurred on the first floor. The fire was confined to the room of origin. Failure of equipment or heat source caused the ignition. "Heat source too close to combustibles" contributed to the ignition of the fire.

The material contributing most to flame spread was "Type of material, other".

The building was equipped with smoke detectors. The detection system was hardwired. The detector(s) operated properly. The detector(s) alerted the occupants and the occupants responded. The building was equipped with a wet-pipe sprinkler system. The system operated and was effective. Three sprinkler heads were activated during the incident.

The estimated property loss on this incident was $15,000. The estimated content loss was $30,000. The estimated property value was $200,000. The estimated content value was $100,000.

Alarm number 1112533 has been assigned to this incident.

| | |
|---|---|
| Narrative Name | 53 narrative |
| Narrative Type | Incident |
| Narrative Date | 12:13:27   Saturday, December 24, 2011 |
| Author | 02740 - CHANEY, Ronald |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | The fire was at the Tesla plant where engineers were testing a battery pack in a vehicle. They intentinally set the vehicle on fire inside a testing building and the fire became larger than they could handle.  IC assigned us to enter the building to investigate the interior of the building.  We found a mostly extinguished vehicle inside the building with numorous sprinkler heads operating.  We used an inch and half hoseline to complete extinguishment of the vehicle inside the building. |

End of Report