# EXHIBIT 2

| | **Basic** |
|---|---|
| Alarm Date and Time | 00:57:17    Wednesday, January 11, 2012 |
| Arrival Time | 01:05:14 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 06:28:04    Wednesday, January 11, 2012 |
| Response Time | 0:07:57 |
| Priority Response | Yes |
| Completed | Yes |
| Fire Department Station | 5 |
| Shift | A |
| Incident Type | 111 - Building fire |
| Initial Dispatch Code | 73 |
| Aid Given or Received | N - None |
| Alarms | 3 |
| Action Taken 1 | 21 - Search |
| Action Taken 2 | 65 - Secure property |
| Casualties | No |
| Apparatus - Suppression | 8 |
| Personnel - Suppression Personnel | 14 |
| Property Loss | $1,000.00 |
| Contents Loss | $500.00 |
| Property Value | $1,000.00 |
| Contents Value | $500.00 |
| Detector Alerted occupants | 2 |
| Property Use | 700 - Manufacturing, processing |
| Location Type | Address |
| Address | 3500  DEER CREEK RD |
| City, State Zip | PALO ALTO, CA 94306 |
| District | 52CO |
| Census Tract | . |

| | **Fire** |
|---|---|
| Structure Type | 1 - Enclosed building |
| Area of Origin | 01 - Corridor, mall |
| Heat Source | UU - Undetermined |
| Item First Ignited | UU - Undetermined |
| Cause of Ignition | U - Cause undetermined after investigation |
| Contribution To Ignition 1 | UU - Undetermined |

| | **Structure** |
|---|---|
| Status | 2 - In normal use |
| Floor of Origin | 1 |
| Stories Above Grade | 1 |
| Total Square Feet | 5000 |
| Fire Spread | 2 - Confined to room of origin |
| No Flame Spread | 1 |
| Detector Presence | 1 |
| Detector Type | 5 - More than one type present |
| Detector Power | 4 - Hardwire with battery |
| Detector Operation | 2 - Detector operated |
| Detector Effectiveness | 3 - There were no occupants |

| Structure | |
|---|---|
| AES Presence | 1 |
| AES Type | 1 - Wet-pipe sprinkler |
| Number of Sprinklers Present | 2 |
| AES Operation | 1 - System operated and was effective |

| Apparatus - E5 | |
|---|---|
| Apparatus ID | E5 |
| Response Time | 0:10:52 |
| Apparatus Dispatch Date and Time | 00:57:20    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:01:20    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:12:12    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 03:24:26    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Number of People | 2 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 3906 - Muzzi, Marc<br>Position: FF |
| Personnel 2 | 3326 - Vonappen, Mark S<br>Position: CAPT |

| Apparatus - E2P | |
|---|---|
| Apparatus ID | E2P |
| Response Time | 0:04:52 |
| Apparatus Dispatch Date and Time | 01:12:24    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:15:52    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:20:44    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 02:52:08    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |

| Apparatus - R2 | |
|---|---|
| Apparatus ID | R2 |
| Response Time | 0:05:04 |
| Apparatus Dispatch Date and Time | 01:12:24    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:15:48    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:20:52    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 02:59:55    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 42 - Hazmat detection, monitoring, sampling, & analysis |
| Apparatus Action Taken 2 | 21 - Search |
| Apparatus Type | 71 - Rescue unit |
| Personnel 1 | 1780 - Aguilar, Edward M<br>Position: FF/HM |
| Personnel 2 | 3327 - Baird, Christine Y<br>Position: ENG |
| Personnel 3 | 1782 - Blakeley-Williams, Anthony J |

| Apparatus - R2 | |
|---|---|
| Position: CAPT | |

| Apparatus - E4P | |
|---|---|
| Apparatus ID | E4P |
| Response Time | 0:07:21 |
| Apparatus Dispatch Date and Time | 01:12:24    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:16:03    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:23:24    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 02:46:31    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Type | 11 - Engine |
| Personnel 1 | 5306 - McNally, Kevin M |
| | Position: CAPT |
| Personnel 2 | 2082 - Williams, Mark L |
| | Position: ENG/P |
| Personnel 3 | 1713 - Shah, Mark K |
| | Position: ENG/HM |

| Apparatus - T6 | |
|---|---|
| Apparatus ID | T6 |
| Response Time | 0:07:47 |
| Apparatus Dispatch Date and Time | 01:12:24    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:16:08    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:23:55    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 02:23:59    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 64 - Shut down system |
| Apparatus Action Taken 2 | 58 - Operate apparatus or vehicle |
| Apparatus Action Taken 3 | 92 - Standby |
| Apparatus Action Taken 4 | 86 - Investigate |
| Apparatus Type | 13 - Quint |
| Personnel 1 | 5017 - Yandell, Tom |
| | Position: FF |
| Personnel 2 | 1737 - Aguilar, Aaron F |
| | Position: CAPT |
| Personnel 3 | 3865 - Northup, Michael C |
| | Position: ENG |

| Apparatus - B6 | |
|---|---|
| Apparatus ID | B6 |
| Response Time | 0:07:55 |
| Apparatus Dispatch Date and Time | 01:12:24    Wednesday, January 11, 2012 |
| En route to scene date and time | 01:16:11    Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:24:06    Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 03:32:00    Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |

| Apparatus - B6 | |
|---|---|
| Number of People | 1 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 81 - Incident command |
| Apparatus Action Taken 2 | 82 - Notify other agencies. |
| Apparatus Action Taken 3 | 83 - Provide information to public or media |
| Apparatus Type | 91 - Mobile command post |
| Personnel 1 | 1467 - Conn, Robert D |
| | Position: CAPT |

| Apparatus - M1 | |
|---|---|
| Apparatus ID | M1 |
| Response Time | 0:08:28 |
| Apparatus Dispatch Date and Time | 01:21:58   Wednesday, January 11, 2012 |
| En route to scene date and time | 01:24:04   Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 01:32:32   Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 02:17:53   Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Number of People | 2 |
| Apparatus Use | 1 |
| Apparatus Type | 76 - ALS unit |
| Personnel 1 | 5765 - Craine, Robert A |
| | Position: FF/P |
| Personnel 2 | 6012 - White, Brent |
| | Position: FF/P |

| Apparatus - K3 | |
|---|---|
| Apparatus ID | K3 |
| Apparatus Dispatch Date and Time | 03:22:18   Wednesday, January 11, 2012 |
| Apparatus Arrival Date and Time | 03:22:24   Wednesday, January 11, 2012 |
| Apparatus Clear Date and Time | 06:28:04   Wednesday, January 11, 2012 |
| Apparatus priority response | Yes |
| Apparatus Use | 1 |
| Apparatus Type | 00 - Other apparatus/resource |

| Authority | |
|---|---|
| Reported By | 3326 - Vonappen, Mark S |
| | 06:46:29   Friday, January 13, 2012 |
| Officer In Charge | 3326 - Vonappen, Mark S |
| | 06:46:28   Friday, January 13, 2012 |
| Reviewer | - , |

| Narratives | |
|---|---|
| Narrative Name | R-2 |
| Narrative Type | Incident |
| Narrative Date | 03:10:39   Wednesday, January 11, 2012 |
| Author | 1782 - Blakeley-Williams, Anthony J |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | Arrived on scene and were assigned to do a primary search. Did a face to face with I.C. |

|  | Narratives |
|---|---|

and determined some of the materials that burned may have a hazadous by-product associated with them.

After determining a course of action E-5 ultimately performed athe primary search and established the all clear. We performed a PH test on the water inside the building, in the room of origin and it was found to be a 10 on the PH test meaning alkaline. The air was determined to be within a safe limit. Smoke was still hanging in the upper area of the ceilings.

After reporting to the I.C. I was assigned to walk the building responsible through the affected area. Once the building inspector arrived I walked the building inspector and the RP through the building once again.

Prior to clearing, the water run off outside the building was tested and found to be within normal limits.

| | |
|---|---|
| Narrative Name | E5 |
| Narrative Type | Incident |
| Narrative Date | 03:39:32    Wednesday, January 11, 2012 |
| Author | 3326 - Vonappen, Mark S |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | E5 arrived at the Tesla Motors site, obtained the building keys from the Knox Box and proceeded to the main lobby of 3500 Deer Creek.  As we entered the lobby we were met by a Tesla employee who was walking the main building to try to determine the nature of the alarm.  E5 captain (vonAppen) and E5 firefighter (Green) went to the fire alarm annunciator panel to find out the location of the alarm.  The panel read, "Building 24.5- North- Water Flow." |

The employee told us that building 24.5 was actually building 23- the Tesla cell test facility.  E5 personnel walked to building 23 through the parking lot and noted the audible alarm (water gong) sounding and observed water flowing from the front of the building.  As E5 approached the front (A) of the building E5 captain noted light smoke coming from the building.  E5 operator (Muzzi) was directed to reposition E5 to the front (A) of building 23 and secure a water source.  E5 requested a full first alarm assignment and began exterior fire recon, establishing "Tesla IC."

As exterior size up was taking place E5 captain unlocked exterior doors along the B side with the keys from the Knox Box. E5 captain noted heaviest concentration of smoke in the B, C corner of the building and directed E5 firefighter to extend a 200' lead out of 2.5" hose to the B side.  As the line was being extended E5 captain met with E2 captain (Nelson) and E2 was directed to assist with the lead out and place 13/4" hose lines in service off of the lead line.  T6 arrived, and spotted for exterior vent operations at the A, B corner as the attack lines were extended from E5.

E5 captain passed command to B6 (Conn) in a face to face conversation at the ICP.  E5 designated E4 as RIC and with E2 as back up proceeded with primary search for fire though a door at the B,C corner.  E5 was met with light smoke conditions, no heat, and the sound of a sprinkler head flowing as entry was made.  E5 searched 2 rooms and discovered a storage cart that had caught on fire setting off 1 sprinkler head.  E5 noted a number of high voltage signs throughout the room. E5 captain was satisfied that the fire

| Narratives |
|---|

was contained to the cart and retreated to the exterior requesting that utilities be secured prior to continuing search or suppression efforts.  The building power was shut down as well as the sprinkler supply at the PIV by T6 and E5 entered the building again to determine full extinguishment of the fire.

E4 opened 3 roll up doors on the A side to evacuate smoke allowing  E5 to complete a primary search of the building- E5 issued a "primary all clear."  E5 met with B6 who notified a city building inspector as well as PAF inspector Woodfin. The building was turned over to inspector Woodfin and personnel from Tesla Motors.

Submitted by Mark vonAppen
Captain, E5 A

| | |
|---|---|
| Narrative Name | B6 |
| Narrative Type | Incident |
| Narrative Date | 04:13:13    Wednesday, January 11, 2012 |
| Author | 1467 - Conn, Robert D |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | B6 arrived on scene at building 23 at 3500 Deer Creek road and assumed Tesla IC.  E5 had stated while I was enroute that the water gong was sounding, water was exiting the building through a door and there was light smoke showing. |

E5 became Fire Attack, with E2P providing back up. E4 was assigned RIC. Accountability was started by E5 A/O. T6 was given the A-side for set up and the aerial ladder was set up at the A/B corner. T6 was assigned ventilation. R2 was assigned to do a primary search. M1 did stand by.  E5 made entry and determined that the fire had been contained and extinguished by a single sprinkler head.  The fire was believed to have started in two items that were stored on a cart in a room in the B/C corner of the building. The utilities (electrical) were shut down. E5 completed a Primary search and an all clear was given.  R2 made entry and tested the air and the discharged water.  The sprinkler system was shut down at the PIV. Utilities (Service -2) confirmed electrical shut down. A request for a Building Inspector and Fire Inspector was made. Units began break down of the incident, T6 and M1 were released.  E4 and E2 were released.  K3 and the City building Inspector arrived and were escorted through the building.  K3 remained on scene and released R2, E5, and B6.

| | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author |  - , |
| Narrative Text | Police Incid. Number: |

120110004JOE WILSON IN GRY PICK UP 5 OUT                                         /
WU,RYAN SECURITY ADVSD TO RESPOND                                        /
BUILDING SPRINKLER SYSTEM EXTINGUISHED SOME SORT OF BURNING MATERIAL         / WU,RYAN # 4085049648                                                ON
A VEHICLE, UNK WHAT THE MATERIAL IS, MAY STILL BE A HAZMAT SITUATIONB6 TAKING IC                                                     / WILSON # 805-602-0842
Remarks 1:
WATER FLOW ALARM / NO INDICATION AS TO WHERE / 650-413-4000 /
Remarks 2:

| Narratives | |
|---|---|
| | More Remarks:<br>Dispatch: Call Type: PFA     CType Desc: PRIVATE FIRE ALARM   Dispo Remarks:<br>/ ALARM CO ADVSD TO LOCATE RESPFIRE ATTACK ENTERING ON BC SIDE PAR 2 PRIMARY SEARCH             TESLA EMPLOYEE ON SCENE, NEGATIVE ON ALL CLEAR YET |
| Narrative Name | E4P |
| Narrative Type | Incident |
| Narrative Date | 07:17:05    Wednesday, January 11, 2012 |
| Author | 5306 - McNally, Kevin M |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | Upon arrival, E4P was assigned to RIC.  E4P setup RIC on the Alpha Bravo corner and walked the structure.  At this time the fire had been determined to be out.  AO williams monitored the accountability board while Captains Shah and McNally made access through the roll-up doors on the Alpha side.  E4P remained RIC until the building had been searched and R2 completed their testing of the site for hazardous materials.  E4P assisted with getting E5 back in service and was cleared by IC. |
| Narrative Name | K3 |
| Narrative Type | Incident |
| Narrative Date | 10:58:03    Wednesday, January 11, 2012 |
| Author | 4274 - Woodfin, Scott |
| Author Rank | INSP |
| Author Assignment | 3 |
| Narrative Text | PALO ALTO FIRE DEPARTMENT INCIDENT 2012-0000227<br>REPORT<br><br>Date/Time/Day of Incident:     January 11, 2012 00:57 hours / Wednesday<br>Incident Address:           3500 Deer Creek Road, Palo Alto, CA<br>Investigation Officer:      Scott Woodfin /Fire Investigator<br><br>REPORT:<br><br>At 0057 a fire alarm came into PAFD dispatch for a Private fire alarm at 3500 Deer Creek Rd. Palo Alto Ca. Engine 5 was dispatched and met a responsible at the main building. The FACP showed building 24.5, (address was incorrect, should have shown building 23 not 24.5). The responsible escorted E5 to building 23, a testing facility on site. While walking the Engine company could see and smell smoke. They upgraded the response to a first alarm.  After making access the building and containment was completed, the sprinklers for the building were shut off at the PIV.<br><br>Building 23 is fully sprinkled. The area of origin was located on a cart.  The cart was located outside a test room. There is smoke and heat damage to the ceiling above the cart.. The heat from the fire activated (2) sprinklers above the cart. It appears that there is damage to extension cords near the area of origin, but they appear to have been damaged by the flame spread from the flames on the cart. There is smoke deposits on the ceiling and upper section of the walls.  I believe the cart is the area of origin, and the cause is undetermined. |

|  |  |
|---|---|
| **Narratives** ||

Submitted by Scott Woodfin, January 11th, 2012

| | |
|---|---|
| Narrative Name | T6 |
| Narrative Type | Incident |
| Narrative Date | 15:22:19    Wednesday, January 11, 2012 |
| Author | 1737 - Aguilar, Aaron F |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | T6 responded as part of an upgraded 1st alarm response request from E5, which was already on scene. T6,while enroute was directed by IC (E5) to come directly into scene to open spot infront of fire building. T6 spotted at A/B corner of building near the PIV of fire bldg and assumed ventilation group. |

I observed light smoke coming from bldg with audible alarm sounding and automatic sprinkler water coming from under closed doors. Heard CAN report from E5 which indicated they were near fire area. T6 crew used aerial ladder from T6 and laddered at A/B corner. As T6 crew and myself were assembling tools and saws for roof assignment Engine 5 Capt, who was now designated "Fire Attack" gave radio update that fire was knocked down and or contained.. T6 used TIC to check for roof area extension, negative heat or fire profile were observed. Roof operations were halted at that point.

T6 then confirmed with IC (B6) that we had removed breakaway lock from PIV and when given the OK from Fire Attack ,we would shut off PIV and stop activated sprinkler flow. IC gave us permission to put PIV in closed position, which we did. T6 then proceeded directly to main sprinkler system drain valve which was located about midway on A side of fire buildings exterior. Drain valve was opened and T6 monitored until flow of water ceased, which took approximately 5-8 min. After system was drained T6 closed sprinkler drain valve to it's original position.

T6 stoodbye until it was determined we would not be needed for any other assignments. IC directed T6 to pick up and return to quarters. T6 stowed ladder and secured tools and SCBA's. We cleared and returned to quarters.

No injuries or equipment damage to T6 to report and no significant operations needing further reporting were conducted by T6.

End of Report