1 | **IRELL & MANELLA LLP**
David Siegel (101355)
2 | dsiegel@irell.com
Charles Elder (186524)
3 | celder@irell.com
1800 Avenue of the Stars
4 | Los Angeles, CA 90067
Telephone: 310-277-1010
5 | Facsimile: 310-203-7199

6 | Attorneys for Defendants
TESLA MOTORS, INC. and ELON MUSK
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11 |

12 | ROBERT RAHIMI, Individually and On Behalf of All Others Similarly Situated, )

13 | Plaintiff, )

14 | v. )

15 | TESLA MOTORS, INC. and ELON MUSK, )

16 | )

17 | Defendants. )

Case No. 3:13-CV-05216-CRB

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO MODIFY BRIEFING SCHEDULE AND PAGE LIMITATIONS; DECLARATION OF CHARLES ELDER IN SUPPORT**

Hon. Charles R. Breyer

WHEREAS Plaintiff Robert Rahimi filed this putative class action on November 8, 2013, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of a purported class of purchasers of defendant Tesla Motors, Inc. common stock;

WHEREAS the Court appointed Mr. Kazim Acar as lead plaintiff in this case on February 14, 2014, and gave him and Mr. Rahimi (together "Plaintiffs") 60 days to amend their pleading;

WHEREAS on April 16, 2014, Plaintiffs filed their First Amended Class Action Complaint (the "Amended Complaint"), which is 86 pages long, plus exhibits;

WHEREAS Defendants plan to file a motion to dismiss;

WHEREAS the parties have agreed on a briefing schedule in which Defendants have until June 16, 2014, to file a motion to dismiss the Amended Complaint, Plaintiffs will have until August 7, 2014 to file an opposition, and Defendants will have until August 29, 2014 to file a reply, with a hearing during the week of September 22, 2014;

WHEREAS counsel for Plaintiffs, understanding that this Court typically hears motions on Fridays, respectfully requests that the Court accommodate his need to travel to and from the East Coast by scheduling the hearing for either Tuesday, Wednesday or Thursday of that week; Defendants do not object to this accommodation, and are available for the hearing any day during the week of September 22, including Friday, September 26, 2014;

WHEREAS in view of the 86-page length of the Amended Complaint, the parties agreed that the page limit set forth in this Court's standing order, with the approval of the Court, would be increased to the page limits set by Local Rule 7-4(b) for the memorandum of points and authorities (25 pages) and the reply (15 pages) and to 30 pages for the opposition.

WHEREAS, the requested time modifications will have no other impact on the schedule for the case;

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

2 between the parties hereto, by their undersigned attorneys, and subject to approval

3 by the Court, that:

4    A.    Defendants have until June 16, 2014, to file a motion to dismiss the

5 Amended Complaint, Plaintiffs have until August 7, 2014 to file an opposition, and

6 Defendants have until August 29, 2014 to file a reply.

7    B.    Page limits for the memoranda of points and authorities in support,

8 opposition and reply shall be:  25 pages for the opening memorandum of points and

9 authorities, 30 pages for the opposition, and 15 pages for the reply, in addition to the

10 summary of argument required by this Court's Standing Order.

11    C.    The hearing on the motion to dismiss shall be scheduled during the

12 week of September 22, 2014, to the extent possible on one of Tuesday, September

13 23, 2014, Wednesday, September 24, 2014, or Thursday, September 25, 2014.

14

15 Dated: May 27, 2014                 Respectfully submitted,

16                                     **IRELL & MANELLA LLP**

17

18                                     By:    /s/ Charles Elder
                                            _____
19                                           Charles Elder
                                             Attorneys for Defendants

20 Dated: May 27, 2014                 **POMERANTZ LLP**

21

22                                     By:    /s/ Matthew Tuccillo
                                            _____
23                                           Matthew Tuccillo
                                             Jeremy Lieberman
24                                           600 Third Avenue
                                             New York, NY 10016
25                                           mltuccillo@pomlaw.com
26                                           Telephone: (212) 661-1100
                                             Facsimile:  (212) 661-8665
27

28                                     Attorneys for Plaintiff

1

2
**SIGNATURE ATTESTATION**

3
    I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the

4
filing of this document has been obtained from Matthew L. Tuccillo, Esq.

    _____/s/ Charles Elder_____
5
    Charles Elder

6

7
**ORDER**

8
PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

9
    A.    Defendants have until June 16, 2014, to file a motion to dismiss the

10
Amended Complaint, Plaintiffs have until August 7, 2014 to file an opposition, and

11
Defendants have until August 29, 2014 to file a reply.

12
    B.    Page limits for the memoranda of points and authorities in support,

13
opposition and reply shall be:  25 pages for the memorandum of points and

14
authorities, 30 pages for the opposition, and 15 pages for the reply, in addition to the

15
summary of argument required by this Court's Standing Order.

16
    C.    The hearing on the motion to dismiss shall take place on

17
September 26, 2014 at 10:00 a.m.

18

19
Dated this 23rd day of  May, 2014

20

21
                                                  _____
22
                                                  Hon. Charles R. Breyer
                                                  United States District Judge
23
                                                  IT IS SO ORDERED

24                                                Judge Charles R. Breyer

25

26

27

28