1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  ROBERT V. PRONGAY (#270796)
   **GLANCY BINKOW & GOLDBERG LLP**
3  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
4  Telephone:   (310) 201-9150
   Facsimile:   (310) 201-9160
5  Email: lglancy@glancylaw.com
           mmgoldberg@glancylaw.com
6          rprongay@glancylaw.com

7  *Liaison Counsel for Lead Plaintiff and the Proposed Class*

8  Jeremy A. Lieberman (*pro hac*)
9  Matthew L. Tuccillo (*pro hac*)
   **POMERANTZ LLP**
10 600 Third Avenue, 20th Floor
   New York, New York 10016
11 Telephone:   (212) 661-1100
12 Facsimile:   (212) 661-8665
   Email:  jalieberman@pomlaw.com
13         mltuccillo@pomlaw.com

14 *Lead Counsel for Lead Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAHIMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC. and ELON MUSK,<br><br>Defendants. | Case No. 3:13-cv-05216-CRB<br><br>**ORDER**<br><br>[No Hearing Noticed] |

[PROPOSED] ORDER
Case No. 3:13-cv-05216-CRB

**WHEREAS,** the Court has considered the Lead Plaintiff's Assented-To Motion For Leave to File Second Amended Class Action Complaint;

**WHEREAS**, the Defendants assent to the relief sought by such Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Court hereby consolidates the above-captioned action shall be re-captioned for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under the following option:

---------------------------------------------------------------x

**IN RE TESLA MOTORS, INC.**

**SECURITIES LITIGATION**

---------------------------------------------------------------x

2. Named Plaintiff Robert Rahimi is hereby dismissed from the action;

3. Plaintiffs William Landrum and Dr. Pankaj Modi, MD, Ph.D. are hereby substituted as named plaintiffs in the action, alongside Lead Plaintiff;

4. Lead Plaintiff is hereby permitted to file the proposed Second Amended Class Action Complaint, inclusive of the other textual changes it contains.

5. The motion to dismiss schedule previously set by the Court shall remain unchanged.

**SO ORDERED.**

Dated: June 13, 2014

_____
Honorable Charles R. Breyer
United States District Judge
Northern District of California



[PROPOSED] ORDER
Case No. 3:13-cv-05216-CRB