**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA MOTORS, INC. SECURITIES LITIGATION | No. 3:13-cv-05216-CRB<br>**JUDGMENT** |

_____/

    Having granted Defendants' Motion to Dismiss Without Leave to Amend (dkt. 56), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 5, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE