1   LIONEL GLANCY (#134180)
2   MICHAEL GOLDBERG (#188669)
    ROBERT V. PRONGAY (#270796)
3   **GLANCY BINKOW & GOLDBERG LLP**
    1925 Century Park East, Suite 2100
4   Los Angeles, CA  90067
    Telephone: (310) 201-9150
5   Facsimile: (888) 773-9224
    Email:   lglancy@glancylaw.com
6            mmgoldberg@glancylaw.com
             rprongay@glancylaw.com
7
    ***Liaison Counsel for Lead Plaintiff,***
8   ***Plaintiffs and the Proposed Class***

9   *[Additional Counsel on signature page]*

10

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14                                    )   Case No. 3:13-CV-05216-CRB
                                      )
15                                    )   CLASS ACTION
                                      )
16  IN RE TESLA MOTORS, INC.          )
                                      )
17  SECURITIES LITIGATION             )   **STIPULATION AND ORDER TO EXTEND**
                                      )   **TIME TO RESPOND TO DEFENDANTS'**
18                                    )   **MOTION UNDE RULE 59(e) TO AMEND**
                                      )   **THE JUDGMENT BY CONDUCTING THE**
19                                    )   **PSLRA'S MANDATORY RULE 11**
                                      )   **INQUIRY AND IMPOSING SANCTIONS**
20                                    )
                                      )   Hon. Charles R. Breyer
21                                    )
                                      )
22  ─────────────────────────────────)

23

24

25

26

27

28

1    WHEREAS, this Court entered its Order (Docket # 56) and Judgment (Docket # 58)

2   dismissing the above-captioned action on December 5, 2014;

3    WHEREAS, Defendants filed their Notice of Motion and Motion of Tesla Motors and

4   Elon Musk Under Rule 59(e) To Amend The Judgment By Conducting The PSLRA's Mandatory

5   Rule 11 Inquiry And Imposing Sanctions (Docket # 59) (the "Motion") on December 18, 2014;

6    WHEREAS, the parties conferred as to an appropriate schedule for briefing said motion, in

7   light of the holidays, vacation and other professional schedule of counsel;

8    WHEREAS, Defendants thereafter set the return date of said motion as February 20, 2015;

9    WHEREAS the parties submitted a Stipulation and Proposed Order regarding the briefing

10  of the Motion on December 24, 2014;

11    WHEREAS the parties have been conferring regarding the Motion since then and would

12  benefit from more time to do so;

13    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

14  parties hereto, by their undersigned attorneys, and subject to approval by the Court, that:

15    A.    Plaintiffs shall have until February 27, 2015, to file their opposition to Defendants'

16  Motion, and

17    B.    Defendants shall have until March 13, 2015 to file their reply brief; and

18    C.    The return date of the Motion shall be changed to March 27, 2015 at 10:00 a.m.

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: January 20, 2015 |

Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By:        /s/ Robert V. Prongay
         Robert V. Prongay (#270796)

Lionel Glancy (#134180)
Michael Goldberg (#188669)
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (888) 773-9224
Email: lglancy@glancylaw.com
      mmgoldberg@glancylaw.com
      rprongay@glancylaw.com

*Liaison Counsel for Lead Plaintiff,
Plaintiffs and the Proposed Class*

Dated: January 20, 2015

**POMERANTZ LLP**

By:        /s/ Matthew Tuccillo
         Matthew Tuccillo (pro hac)

Jeremy A. Lieberman (pro hac)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
      mltuccillo@pomlaw.com

-and-

Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:   pdahlstrom@pomlaw.com

*Lead Counsel for Lead Plaintiff,
Plaintiffs and the Proposed Class*

Stipulation to Extend Time to Respond to
Defendants' Request for Judicial Notice
Case No. 3:13-CV-05216-CRB

1  Dated: January 20, 2015

2                                          **IRELL & MANELLA LLP**

3                                  By:    /s/ Charles Elder

4                                          Charles Elder (186524)

5                                  1800 Avenue of the Stars
                                   Los Angeles, CA 90067
6                                  Telephone:   310-277-1010
                                   Facsimile:  310-203-7199
7                                  Email:  celder@irell.com

8                                  *Attorneys for Defendants*

9                              **SIGNATURE ATTESTATION**

10       I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this

11  document has been obtained from Charles Elder, Esq.

12

13                                  /s/ Matthew L. Tuccillo

14                                  Matthew L. Tuccillo

15                                  **ORDER**

16  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

17       A.  Plaintiffs shall have until February 27, 2015, to file their opposition to Motion of Tesla

18           Motors and Elon Musk Under Rule 59(e) To Amend The Judgment By Conducting

19           The PSLRA's Mandatory Rule 11 Inquiry And Imposing Sanctions (Docket # 59) (the

20           "Motion"), and

21       B.  Defendants shall have until March 13, 2015 to file their reply brief;

22       C.  The return date on the Motion is hereby changed to March 27, 2015 at 10:00 a.m.

23

24

25  Dated this 16th day of January, 2014

26

27  _____
    Hon. Chan
28  United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend Time to Respond to
Defendants' Request for Judicial Notice
Case No. 3:13-CV-05216-CRB