LIONEL GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (888) 773-9224
Email:   lglancy@glancylaw.com
         mmgoldberg@glancylaw.com
         rprongay@glancylaw.com

*Liaison Counsel for Lead Plaintiff,
Plaintiffs and the Proposed Class*

*[Additional Counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA MOTORS, INC. SECURITIES LITIGATION | Case No. 3:13-CV-05216-CRB <br><br> CLASS ACTION <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION UNDE RULE 59(e) TO AMEND THE JUDGMENT BY CONDUCTING THE PSLRA'S MANDATORY RULE 11 INQUIRY AND IMPOSING SANCTIONS** <br><br> Hon. Charles R. Breyer |

1     WHEREAS, this Court entered its Order (Docket # 56) and Judgment (Docket # 58)
2 dismissing the above-captioned action on December 5, 2014;
3     WHEREAS, Defendants filed their Notice of Motion and Motion of Tesla Motors and
4 Elon Musk Under Rule 59(e) To Amend The Judgment By Conducting The PSLRA's Mandatory
5 Rule 11 Inquiry And Imposing Sanctions (Docket # 59) (the "Motion") on December 18, 2014;
6     WHEREAS, the parties conferred as to an appropriate schedule for briefing said motion, in
7 light of the holidays, vacation and other professional schedule of counsel;
8     WHEREAS, Defendants thereafter set the return date of said motion as February 20, 2015;
9     WHEREAS the parties submitted a Stipulation and Proposed Order regarding the briefing
10 of the Motion on December 24, 2014;
11     WHEREAS the parties have been conferring regarding the Motion since then and would
12 benefit from more time to do so;
13     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
14 parties hereto, by their undersigned attorneys, and subject to approval by the Court, that:
15     A.    Plaintiffs shall have until February 27, 2015, to file their opposition to Defendants'
16 Motion, and
17     B.    Defendants shall have until March 13, 2015 to file their reply brief; and
18     C.    The return date of the Motion shall be changed to March 27, 2015 at 10:00 a.m.

Stipulation to Extend Time to Respond to
Defendants' Request for Judicial Notice
Case No. 3:13-CV-05216-CRB

| | | |
|---|---|---|
| 1 | Dated: January 21, 2015 | Respectfully submitted, |
| 2 | | **GLANCY BINKOW & GOLDBERG LLP** |
| 3 | | By:    /s/ Robert V. Prongay |
| | |       Robert V. Prongay (#270796) |

Lionel Glancy (#134180)
Michael Goldberg (#188669)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (888) 773-9224
Email: lglancy@glancylaw.com
       mmgoldberg@glancylaw.com
       rprongay@glancylaw.com

*Liaison Counsel for Lead Plaintiff, Plaintiffs and the Proposed Class*

Dated: January 21, 2015         **POMERANTZ LLP**

By:    /s/ Matthew Tuccillo
      Matthew Tuccillo (pro hac)

Jeremy A. Lieberman (pro hac)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       mltuccillo@pomlaw.com

-and-

Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Lead Counsel for Lead Plaintiff, Plaintiffs and the Proposed Class*

Dated: January 21, 2015

**IRELL & MANELLA LLP**

By: /s/ Charles Elder
      Charles Elder (186524)

1800 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 310-277-1010
Facsimile: 310-203-7199
Email: celder@irell.com

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

I hereby attest, per the Court's Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from Charles Elder, Esq.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

**AMENDED ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

A. Plaintiffs shall have until February 27, 2015, to file their opposition to Motion of Tesla Motors and Elon Musk Under Rule 59(e) To Amend The Judgment By Conducting The PSLRA's Mandatory Rule 11 Inquiry And Imposing Sanctions (Docket # 59) (the "Motion"), and

B. Defendants shall have until March 13, 2015 to file their reply brief;

C. The return date on the Motion is hereby changed to April 3, 2015 at 10:00 a.m.

Dated this 16th day of January, 2014

IT IS SO ORDERED
Judge Charles R. Breyer

_____
Hon. Charles R. Breyer
United States District Judge

Stipulation to Extend Time to Respond to
Defendants' Request for Judicial Notice
Case No. 3:13-CV-05216-CRB

- 4 -