IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TESLA MOTORS, INC. SECURITIES LITIGATION | No. 3:13-cv-05216-CRB<br>**ORDER DENYING MOTION TO INTERVENE** |

Eight individuals who allege that they invested funds in Tesla have filed a motion to intervene in this securities litigation. See Mot. (dkt. 70). The Court granted Tesla's motion to dismiss this suit without leave to amend on September 26, 2014. See Memo. of Opinion (dkt. 56). Accordingly, the present motion to intervene is DENIED.

**IT IS SO ORDERED.**

Dated: February 23, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE